# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*HARBHAJAN SINGH PABLA*  v.  *KATRINA S. KANE*

THE HONORABLE JOHN W. SEDWICK   CASE NO. 2:10-cv-02184 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**   Date: April 8, 2011

At docket 16 the magistrate judge recommends that Pabla's petition be dismissed without prejudice for failure to prosecute. No objections have been filed. Upon review, this court finds that the recommendation is sound. This court adopts the recommended findings of fact and conclusions of law at docket 16. Based thereon, the petition is **DISMISSED** without prejudice. The Clerk will please close this file.